AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF MARYLAND

| | |
|---|---|
| KIM POR LIN, an individual citizen of the State of California, AJ GLOBAL, INC., a California corporation, VONNIC, INC., a California corporation, PRO-COM PRODUCTS, INC., a California corporation, JERRY LIN, an individual citizen of the State of California, and JOHNNY ZHU, an individual citizen of the State of Indiana,<br>*Plaintiff(s)*<br>v.<br>MADELAINE KRAMER KATZ, an individual citizen of the State of Maryland, and RIFKIN WEINER LIVINGSTON, LLC, a Maryland limited liability company,<br>*Defendant(s)* | Civil Action No. TDC-23-2103 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
MADELAINE KRAMER KATZ, an individual citizen of the State of Maryland
4800 Hampden Lane, Suite 820
Bethesda, Maryland 20814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph P. Caleb, Esq. (Bar No. 15035)   Mitchell J. Langberg, Esq.
Caleb Andonian, PLLC   Brownstein Hyatt Farber Schreck, LLP
1100 H Street, N.W., Suite 315   100 North City Parkway, Suite 1600
Washington, D.C. 20005   Las Vegas, Nevada 89106
(202) 953-9850   (702) 382-2101
joe@calebandonian.com   mlangberg@bhfs.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/4/23

*Signature of Clerk or Deputy Clerk*



Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



American LegalNet, Inc.
www.FormsWorkFlow.com

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KIM POR LIN, an individual citizen of the State of California, AJ GLOBAL, INC., a California corporation, VONNIC, INC., a California corporation, PRO-COM PRODUCTS, INC., a California corporation, JERRY LIN, an individual citizen of the State of California, and JOHNNY ZHU, an individual citizen of the State of Indiana, <br> *Plaintiff(s)* <br> v. <br> MADELAINE KRAMER KATZ, an individual citizen of the State of Maryland, and RIFKIN WEINER LIVINGSTON, LLC, a Maryland limited liability company, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. TDC-23-2103 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
RIFKIN WEINER LIVINGSTON, LLC, a Maryland limited liability company
225 Duke of Gloucester Street
Annapolis, Maryland 21401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph P. Caleb, Esq. (Bar No. 15035)   Mitchell J. Langberg, Esq.
Caleb Andonian, PLLC                    Brownstein Hyatt Farber Schreck, LLP
1100 H Street, N.W., Suite 315          100 North City Parkway, Suite 1600
Washington, D.C. 20005                  Las Vegas, Nevada 89106
(202) 953-9850                          (702) 382-2101
joe@calebandonian.com                   mlangberg@bhfs.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/4/2023

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

