

| | | | | |
|---|---|---|---|---|
| Alan M. Rifkin | Arnold M. Weiner | Scott A. Livingston (MD, DC) | Michael V. Johansen | Joel D. Rozner (MD, DC) |
| M. Celeste Bruce (MD, DC) | Charles S. Fax (MD, DC, NY)† | Jamie Eisenberg Katz (MD, DC, NY) | Barry L. Gogel | Liesel J. Schopler (MD, DC) |
| Stuart A. Cherry | Brad I. Rifkin | Camille G. Fesche (MD, DC, NY, NJ) | Michael D. Berman (MD, DC)† | Madelaine Kramer Katz (MD, DC, VA) |
| Michael T. Marr (MD, DC, VA, NC) | William A. Castelli | Geoffrey W. Washington | Devon L. Harman | Michael A. Miller† |
| Edgar P. Silver (1923-2014) | Laurence Levitan†† | | Lance W. Billingsley†† | John C. Reith (Nonlawyer/Consultant) |
| †Of Counsel | | | | Matthew Bohle (Nonlawyer/Consultant) |
| ††Retired Emeritus | | | | Obie L. Chinemere (Nonlawyer/Consultant) |

August 9, 2023

**VIA ELECTRONIC FILING**
The Honorable Julie Rebecca Rubin
The Honorable Theodore D. Chuang
United States District Court for
 the District of Maryland
101 West Lombard Street
Baltimore, MD  21201

> Re: Notification of Related Cases: 1:21-cv-01472-JRR and 8:23-cv-02103-TDC

Dear Judge Rubin and Judge Chuang,

This letter serves to notify this Honorable Court of the following related cases:

**Case No. 1:21-cv-01472-JRR** is a civil case pending before Judge Rubin, styled, *AMA Systems, LLC and Bluemar Promotions, LLC v. 3B Tech, Inc., Pro-Com Products, Inc., Salusen, Inc., Jian Qing "Johnny" Zhu, Brett Barbour, and Michael Johnson*.  Madelaine Kramer Katz and Rifkin Weiner Livingston, LLC are counsel of record for the Plaintiffs.

**Case No. 8:23-cv-02103-TDC** was filed last week, on Friday, August 4, 2023. Plaintiffs did not identify any related cases on their Civil Cover Sheet. This new matter is styled, *Kim Por Lin, AJ Global, Inc., Vonnic, Inc., Pro-Com Products, Inc., Jerry Lin, and Johnny Zhu v. Madelaine Kramer Katz and Rifkin Weiner Livingston, LLC*.

Although now closed, there was another related case before Judge Rubin. *See* **Case No. 1:22-cv-00652-JRR**, styled, *AMA Systems, LLC and Bluemar Promotions, LLC v. Vonnic, Inc. and Kim Por Lin*.  Madelaine Kramer Katz and Rifkin Weiner Livingston, LLC were counsel of record for the Plaintiffs.

Very truly yours,

/s/ Madelaine Katz

Madelaine Katz

225 Duke Of Gloucester Street, Annapolis, Maryland 21401
410.269.5066 | 410.269.1235 fax

2002 Clipper Park Road, Suite 108, Baltimore, Maryland  21211
410.769.8080 | 410.769.8811 fax

4800 Hampden Lane, Suite 820, Bethesda, Maryland  20814
301.951.0150 | 301.951.0172 fax

www.rwllaw.com